# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE TO DISTRICT COURT OF RELATED CRIMINAL DUTY FILING

Number of current Criminal Duty Filing: CR Misc No. **18CM01239**

Title(s) of document(s) making up current criminal duty filing:

The United States of America hereby informs the Court that the above-referenced criminal duty filing *(Check all that apply and provide appropriate information)*:

a) ☑ does not relate to any previously filed criminal duty matters;

b) ☐ relates to the following criminal duty matter(s) previously filed and assigned *(provide case number(s) and assigned judge(s) for all related criminal duty matters)*:

c) ☐ relates to the following indictment(s) previously filed and assigned *(provide case number(s) and assigned judge(s) for all related pending indictments)*:

There is a particular reason this criminal duty matter should be assigned to a judge assigned either a related criminal duty matter or a related indictment listed above. Explain:

Respectfully submitted,

DATED: July 9, 2018            /s/ Jonathan Galatzan
                               Assistant United States Attorney

---

**This notice must be submitted with every criminal duty filing. Multiple documents submitted concurrently for the same matter are considered one criminal duty filing for purposes of submitting this notice.**